Case 1:26-cv-05347-CM Document 10 Filed 07/31/26 Page 1 of 1

CopyCat LEGAL

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E dan@copycatlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

July 31, 2026

Extension granted.
Colleen McMahon
8/5/2026

**VIA ECF**
The Honorable Magistrate Judge Colleen McHahon
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

***RE: Jeremy Nicholl v. Mediaite, LLC (Case No.: 1:26-cv-05347)***

Dear Judge McHahon:

This law firm represents plaintiff Jeremy Nicholl ("Plaintiff") in the above matter. On June 25, 2026, Plaintiff filed its Complaint against defendant Mediaite, LLC ("Defendant"). See D.E. 1.

On July 1, 2026, the Court entered an Order Scheduling an Initial Pretrial Conference and directing the parties to confer, complete and sign the Civil Case Management Plan and file it with the Court by August 31, 2026. See D.E. 8. On July 17, 2026, Defendant was served with the Summons and Complaint. As such, Defendant's answer is due August 7, 2026. See D.E. 9.

On July 31, 2026, Defense counsel reached out to Plaintiff regarding their representation of Defendant and the Civil Case Management Plan. Due to the contemporaneous appearance by Defense counsel, Plaintiff requests an additional thirty (30) days – up to and until August 30, 2026 – to file the Civil Case Management Plan.

The requested extension of time is the first request for an extension, is being made in good faith, and is not for purposes of delay. Plaintiff conferred with Defense counsel who does not oppose the requested relief. Wherefore, Plaintiff respectfully requests that the Court enter an Order granting an additional thirty (30) day extension to file the Civil Case Management Plan.

Respectfully submitted,

/s/ Daniel DeSouza
Daniel DeSouza, Esq.